UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE M. VARAD,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,[1] Acting Commissioner,<br><br>    Defendant. | Civil Action No. 1:19-cv-11480-IT |

ORDER

September 23, 2021

TALWANI, D.J.

No objection having been filed, the Report and Recommendation [#66] on Plaintiff's Motion to Reverse Decision of Commissioner [#12] and Defendant's Motion for Order Affirming Decision of Commissioner [#62] is adopted by the court. For the reasons set forth therein, Plaintiff's Motion [#12] is DENIED and Defendant's Motion [#62] is ALLOWED. The Decision of the Commissioner is AFFIRMED.

IT IS SO ORDERED.

                                                      /s/ Indira Talwani
                                                      United States District Judge

---

[1] Plaintiff brought this action against former Commissioner Andrew Saul; Andrew Saul is no longer the Commissioner and the court substitutes Acting Commissioner Kilolo Kijakazi for former Commissioner Saul. See Fed. R. Civ. P. 25(d).